Francisco M. Troncoso
Richard Schell-Asad
**TRONCOSO & SCHELL**
P.O. Box 9023352
San Juan, Puerto Rico 00902-3352
Telephone: 787-722-0741
Facsimile: 787-724-2563
Attorneys for Plaintiffs

**FILED**

SEP 2 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates To:<br><br>*Jose Antonio Alicea Mercado, et al. v. Astra Merck Inc, et al.*<br>(06-2632 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs, Jose Antonio Alicea Mercado, Awilda Cruz Flores and G.A.C., in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to all Plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-1-

DATED: June 16, 2010    By: /s/ Francis M. Troncoso

**TRONCOSO & SCHELL**
P.O. Box 9023352
San Juan, Puerto Rico 00902-3352
Telephone: 787-722-0741
Facsimile: 787-724-2563

*Attorneys for Plaintiff*

DATED: Sept. 17, 2010    By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 9-28-2010

Hon. Charles R. Breyer
United States District Court